# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL GARRETT,<br><br>              Plaintiff<br><br>      v.<br><br>F. GONZALEZ, et al.,<br><br>              Defendants. | CASE No. 1:11-cv-00686-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO AMEND COMPLAINT<br><br>(ECF No. 17) |

   Plaintiff Darrell Garrett ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. This action was filed on April 29, 2011. (ECF No. 1.) On August 19, 2013, Plaintiff filed a motion to amend his complaint and Plaintiff also lodged a second amended complaint. (ECF Nos. 17 & 18.)

   Under Rule 15(a) of the Federal Rules of Civil Procedure, a party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served.  Otherwise, a party may amend only by leave of the court or by written consent of the adverse party, and leave shall be freely given when justice so requires. Fed. R. Civ. P. 15(a).  "Rule 15(a) is very liberal and leave to amend 'shall be freely given when justice so requires.'" Amerisource Bergen Corp. v. Dialysis W., Inc., 465 F.3d 946, 951 (9th Cir. 2006) (quoting Fed. R. Civ. P. 15(a)).

   The Court will grant Plaintiff's motion to file an amended complaint.  Plaintiff is advised that the Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a).  This Court and its staff takes its role serious in complying with statutes and other obligations under the United States Constitution and laws of the United States.  As Plaintiff's case is not the only case

1  under consideration by the court and because cases are screened in the order in which they are
2  filed, absent good cause, the Court will screen cases in that order and will continue to strive to
3  avoid delays whenever possible.  Accordingly,
4      IT IS HEREBY ORDERED that:
5      1.    Plaintiff's motion to file an amended complaint, filed August 19, 2013, is
6          GRANTED; and
7      2.    The Clerk's Office shall file Plaintiff's second amended complaint, lodged on
8          August 19, 2013.

IT IS SO ORDERED.

Dated:  **August 20, 2013**

UNITED STATES MAGISTRATE JUDGE